# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 22-00016-01-CR-W-BCW |
| MICHAEL W. SYLVARA, | ) ) ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 25, 2022, the Grand Jury returned a one-count Indictment charging Defendant Michael W. Sylvara with Social Security fraud.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Courtney R. Pratten and Bradley Cooper
            Case Agent: Special Agent Don Krahn, Social Security Administration Office of Inspector General
        Defense: Ronna Holloman-Hughes and Chelsey Wilson
            Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**:

| 08/23/2022 | view25 | MOTION in limine *to exclude hearsay* by Michael W Sylvara. Suggestions in opposition/response due by 9/6/2022 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 08/23/2022) |
|---|---|---|

| 09/06/2022 | view32 | MOTION in limine *to exclude testimony* by Michael W Sylvara. Suggestions in opposition/response due by 9/20/2022 unless |
|---|---|---|

| | | otherwise directed by the court. (Holloman-Hughes, Ronna)<br><br>(Entered: 09/06/2022) |
|---|---|---|

**TRIAL WITNESSES**:
      Government: 7 with stipulations; 10 without stipulations
      Defendant: 4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately 58 exhibits (potential to add 5 more)
      Defendant: approximately 14 exhibits (potential to add 4 more)

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
      (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days total**
      Government's case including jury selection: 1 ½ day(s)
      Defendant: 1 day(s)

**STIPULATIONS**: Will probably have a stipulation as to business records.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

      **Witness and Exhibit List**
           Government: Proposed Witness List filed 8/22/2022; Proposed Exhibit List filed 8/30/2022. **Updated list(s) due on or before September 13, 2022.**
           Defendant: Proposed Witness List filed 9/6/2022; Proposed Exhibit List filed 9/6/2022; **Updated list(s) due on or before September 13, 2022**.

      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions:**

Government's Proposed Voir Dire filed 8/22/2022. **Updated/Due on or before September 21, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** See Outstanding Motions *supra.* **Due on or before September 21, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for September 26, 2022.

> **Please note:** Defense counsel requests the first week as she has other obligations on the second week.

**IT IS SO ORDERED**

                                               */s/ Lajuana M. Counts*
                                               LAJUANA M. COUNTS
                                               UNITED STATES MAGISTRATE JUDGE